UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 3:13-CV-674-J-32JRK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| KAREN PAULETTE RICHARDSON, | ) ) |
| Defendant. | ) ) ) ) |

## NOTICE OF FILING

Plaintiff, United States of America, by and through its undersigned counsel files this Affidavit of Service, Exhibit "A," in the above styled cause.

Dated: June 25, 2013
Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States
of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular US Mail on this 25 day of June, 2013 on all parties of record on the attached service list.

_____
Steven M. Davis

CASE NO.: 3:13-CV-674-J-32JRK

## SERVICE LIST

KAREN PAULETTE RICHARDSON
1131 DURKEE DRIVE
JACKSONVILLE, FL 32209

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 3:13-CV-674-J-32 JRK

Plaintiff:
**United States of America**

vs.

Defendant:
**Karen Paulette Richardson**

ILS2013007434

For:
Steven M. Davis, Esquire
Becker & Poliakoff, P.A.
121 Alhambra Plaza
Tenth Floor
Coral Gables, FL  33134

Received by INVESTIGATIVE PROCESS SERVICE, INC. on the 3rd day of June, 2013 at 4:52 pm to be served on **Karen Paulette Richardson, 1131 Durkee Drive, Jacksonville, FL 32209.**

I, Charla Curtis, being duly sworn, depose and say that on the **18th day of June, 2013 at 11:15 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **Karen Paulette Richardson** at the address of: **1131 Durkee Drive, Jacksonville, FL 32209**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: BLACK, Height: 5'6, Weight: 155, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special / Appointed Process Server, in good standing, in the judicial circuit in which the process was served.

Charla Curtis
Appt'd Process Server, # 1072

Subscribed and Sworn to before me on the 21st day of June, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC

INVESTIGATIVE PROCESS SERVICE, INC.
P.O. Box 3551
Orlando, FL 32802-3551
(407) 426-7433

Our Job Serial Number: ILS-2013007434
Ref: 7434 / 851

92-2011 Database Services, Inc. - Process Server's Toolbox V6.5m


EXHIBIT A