UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                       Case No.  3:13-cv-674-J-32JRK

KAREN PAULETTE RICHARDSON,

        Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. 10).  Upon review of the filings, the assigned United States Magistrate Judge issued a Report and Recommendation, recommending that the Motion be granted in part and denied in part.  (Doc. 13.)

Neither party has filed an objection to the Report and Recommendation and the time in which to do so has passed.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); M.D. Fla. R. 6.02(a).  Upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 13), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 13) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. The Motion (Doc. 10) is **GRANTED in part** and **DENIED in part**.

3. The Motion is **GRANTED** to the extent that judgment is to be entered in favor of Plaintiff and against Defendant in the following amounts: $10,374.45 in principal; $11,780.08 in prejudgment interest as of June 29, 2010; prejudgment interest on the total

principal amount at the rate of 9 percent per annum ($2.56 per day) beginning on June 30, 2010 through the date judgment is entered; post-judgment interest accruing at the legal rate established by 28 U.S.C. § 1961; $940.00 in attorney's fees; and $45.00 in costs.

4. Consistent with paragraph 3, the Clerk of Court should enter judgment in favor of Plaintiff United States of America and against Defendant Karen Paulette Richardson in the amount of $26,452.17, plus post-judgment interest as provided by law.

5. The remainder of the Motion is **DENIED**.

6. The proposed "Default Final Judgment" attached to the Motion (Doc. 10 at 10-11) is **STRICKEN**.

7. The Clerk of Court is further directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, on this 13th day of January, 2014.

_____
TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

Karen Paulette Richardson
1131 Durkee Drive
Jacksonville, FL 32209